No. 10-8982. Michael Addison, Petitioner v. New Hampshire.

563 U.S. 943, 131 S. Ct. 2107, 179 L. Ed. 2d 903, 2011 U.S. LEXIS 3106.

April 18, 2011. Petition for writ of certiorari to the Supreme Court of New Hampshire denied.

Same case below, 161 N.H. 300, 13 A.3d 214.